UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) CR.S.-02-257 EJG
v. )
)
ROLAND ADAMS )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ( ) Ad Prosequendum     (X) Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | | ROLAND ADAMS, REG. NO. 13785-097 |
| Detained at (custodian): | | McRAE CORRECTIONAL FACILITY |
| Detainee is: | a.) | (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint charging detainee with: **Forfeiture** |
| or | b.) | ( ) a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | (X) return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on OCTOBER 6, 2006, AT 10:00 A.M. in the Eastern District of California.*

Signature: /s/ Camil A. Skipper
Printed Name & Phone No: CAMIL A. SKIPPER, (916) 554-2709
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

( ) Ad Prosequendum     (X) Ad Testificandum - Status Conference

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, OCTOBER 6, 2006, AT 10:00 A.M., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/29/06

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | X Male    Female |
| Booking or CDC #: | REG. NO. 13785-097 | DOB: 5/20/66 |
| Facility Address: | 1000 Jim Hammock Drive | Race: |
| | McRae, GA 31055 | FBI #: |
| Facility Phone: | (229) 868-7778 | |
| Currently Incarcerated For: | Conspiracy to Commit Mail and Wire fraud; Conspiracy to Launder Money; Unlawful Procurement of Citizenship and False Statements | |

## RETURN OF SERVICE

Executed on _____     By: _____
                                                                                 (Signature)