# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **ORDER FOR TIME SCHEDULE** |
| ) | USCA # _____ |
| Plaintiff ) | USDC # <u>CR S-02-257 EJG</u> |
| ) | EASTERN DISTRICT OF CALIFORNIA |
| vs. ) | Notice of Appeal Filed: 11/7/06 |
| ) | [ ] CJA or IFP     [ ] Pd |
| Roland Adams ) | [ ] Apptd Cnsl     [ ] Fed Def |
| ) | [ ] Retd Cnsl      [ ] Adv Cnsl |
| Defendant ) | [ ] On Bail        [ x ] In Custody |
| ) | [ Fee Status, Check One Box Above ] |

The parties, counsel and court personnel, in the processing of this appeal, will comply with the following time schedule:

1. If not exempt, the docket fee will be transmitted to the Clerk of the District Court............................................................................................ **IMMEDIATELY**

2. Date transcript will be ordered from the court re-porter. **NOT MORE THAN 21 DAYS FROM THE FILING OF THE NOTICE OF APPEAL.** (If this case is under CJA, give the date that the order was given to the court reporter)............................................................................. 12/19/06

3. The court reporter's transcript will be filed in the District Court...................... 1/22/07 (Certificate of Record will be submitted to the Court of Appeals by the Clerk of the District Court immediately upon filing of the transcript. The Certificate of Record indicates that the complete trial court record including designated transcripts is available for use by the parties.)

4. Appellants' opening brief of no more than 35 pages and exerpts of record will be served and filed..................................................................... 3/5/07

5. The appellee's brief of no more than 35 pages will be served and filed........... 4/4/07

6. The appellant's (optional) reply brief of no more than 15 pages will be served and filed................................................................................. 4/18/07

By direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring, on the first available calendar, after the appellee's brief is filed.

NOTE: 9th Cir. Rule 28-3.1 (Rev. 7/1/93) limits the number of pages of the briefs. Cir. Rule 42-1 requires that this appeal may be dismissed if appellants brief is not timely filed

For the Court:
CATHY A. CATTERSON, Clerk
U.S. Court of Appeals

By:   /s/ K. Carlos
K Carlos, Deputy Clerk