1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. S-02-257 EJG |
|---|---|
| | ) CR. S-02-560 EJG |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| v. | ) CONFERENCE; ORDER |
| | ) |
| ROLAND ADAMS, | ) |
| | ) Date: January 12, 2007 |
| Defendant. | ) Time: 10:00 A.M. |
| | ) Court: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between the United States of America and defendant Roland Adams, by and through their respective counsel, that the status conference presently set for January 12, 2007, be continued to February 9, 2007, at 10:00 A.M.

   This continuance is necessary because both counsel are scheduled to argue another case before the Ninth Circuit Court of Appeals that morning (<u>United States v. Bedenfield</u>, C.A. No. 06-10103). Because government counsel will be out of town on both January 19 and February 2, and defense counsel is scheduled to be in

1

trial on January 26, February 9 is the first date both counsel are available.

| | |
|---|---|
| Date: January 5, 2007 | Respectfully submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ Camil A. Skipper<br>CAMIL A. SKIPPER<br>Assistant U.S. Attorney |
| Date: January 5, 2007 | /s/ Michael B. Bigelow<br>MICHAEL B. BIGELOW<br>Attorney for Defendant |

### ORDER

Good cause having been shown, the status conference presently set for January 12, 2007, is continued to February 9, 2007, at 10:00 A.M. Each party shall file a status report detailing its plan on how to proceed by January 25, 2007.

**IT IS SO ORDERED.**

Date: January 8, 2007        /s/ Edward J. Garcia
                             EDWARD J. GARCIA
                             United States District Judge

2