# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.   ) CR.S-02-257 EJG

ROLAND ADAMS

**FILED**
FEB 1 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( ) Ad Prosequendum     (X) Ad Testificandum

Name of Detainee: ROLAND ADAMS, REG No. 13785-097
Detained at (custodian): McRAE CORRECTIONAL FACILITY

Detainee is:
a.) (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
Charging detainee with: **Forfeiture**
or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) (X) return to the custody of detaining facility upon termination of proceedings
or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary on March 23, 2007 at 10:00 A.M. in the Eastern District of California.*

Signature: /s/ Camil A. Skipper
Printed Name & Phone No: (916) 554-2709
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

( ) Ad Prosequendum     (X) Ad Testificandum - Hearing, Judgment and Status Conference

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, MARCH 23, 2007, AT 10:00 A.M., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 2/12/07

United States District/~~Magistrate~~ Judge

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X | Female |
| Booking or CDC #: | REG # 13785-097 | DOB: | 5/20/66 |
| Facility Address: | 1000 Jim Hammock Drive | Race: | |
| | McRae, GA 31055 | FBI #: | |
| Facility Phone: | (229) 868-7778 | | |
| Currently Incarcerated For: | Conspiracy to Commit Mail and Wire Fraud; Conspiracy to Launder Money, Unlawful Procurement Of Citizenship and False Statements | | |

### RETURN OF SERVICE

Executed on _____ by _____

(Signature)   Revised 11/19/97