IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                              CR. NO. S-02-0257 EJG

ROLAND ADAMS,

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,
                                    CR. NO. S-02-0560 EJG
    v.

ROLAND ADAMS,                        <u>ORDER AFTER HEARING</u>

        Defendant.
_____/

This matter was before the court on February 9, 2007 for a status conference. Assistant U.S. Attorney Camil Skipper appeared on behalf of the government. Michael Bigelow appeared on behalf of defendant.[1] Defendant's appearance was waived. After hearing the court enters the following order.

Following a partial remand from the Ninth Circuit, the district court held an initial status conference to elicit input from the parties on how to proceed. The court indicated an

---

[1] Mr. Bigelow's appearance was solely in connection with the portion of Cr. No. S-02-0257 on which he was appointed by the court in October of 2006.

1

evidentiary hearing might not be necessary if there was sufficient evidence in the record from which to determine the amount of equity in defendant's residence that is forfeitable as proceeds of the wire and mail fraud conspiracy and the money laundering conspiracy to which defendant pled guilty.  Now, having reviewed the record, the court has determined that an evidentiary hearing is warranted.

    Accordingly, IT IS THEREFORE ORDERED that:

    1.  An evidentiary hearing will be held at 10:00 a.m., March 23, 2007, limited to the issue remanded by the Ninth Circuit Court of Appeals concerning the amount of proceeds derived from the fraud.

    2.  The government is directed to file a brief, outlining the exhibits and testimony it will present at the hearing.  The brief shall be filed with the court and served on Mr. Bigelow by close of business March 16, 2007.

    3.  Following the hearing, a status conference will be held to establish a briefing schedule on the defendant's motions pending before the court in _pro_ _per_.

    4.  Defendant's presence at the hearing is required.  A writ of habeas corpus ad testificandum will issue under separate cover.

IT IS SO ORDERED.

Dated: February 26, 2007    /s/ Edward J. Garcia  
                                      EDWARD J. GARCIA, JUDGE  
                                      UNITED STATES DISTRICT COURT