IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

                            CR. NO. S-02-0257 EJG

    v.

ROLAND ADAMS,

        Defendant.
_____/
UNITED STATES OF AMERICA,

        Plaintiff,

    v.                           CR. NO. S-02-0560 EJG

ROLAND ADAMS,
                            <u>ORDER AFTER HEARING</u>
        Defendant.
_____/

    This matter was before the court on April 13, 2007 for continued hearing, following remand from the Ninth Circuit Court of Appeals, and for a status conference.  Assistant U.S. Attorney Camil Skipper appeared on behalf of plaintiff.  Michael Bigelow appeared on behalf of defendant on issues arising in the scope of the remand.  Defendant represented himself <u>pro</u> <u>per</u> on all remaining issues.  After hearing, and for the reasons stated in

the court's oral analysis in open court and on the record, the court enters the following order.

1. Defendant's motion for voluntary withdrawal of judge, interpreted by the court as a motion for disqualification, is DENIED.

2. The hearing on the remanded issues in Cr. No. 02-0257 EJG is CONTINUED to 2:00 p.m., May 16, 2007.

3. The status conference in both Cr. No. 02-0257 EJG and Cr. No. 02-0560 is also CONTINUED to May 16, 2007.

4. The government shall file its supporting documents as directed by the court no later than May 7, 2007.  Mr. Bigelow shall file his response no later than May 11, 2007.

5. All pending motions remain in abeyance.

IT IS SO ORDERED.

Dated: April 16, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT