```
McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-02-0257 EJG |
| ) | |
| Plaintiff, ) | *AMENDED* PRELIMINARY ORDER |
| ) | OF FORFEITURE AND |
| v. ) | PUBLICATION THEREOF |
| ) | |
| ROLAND ADAMS, ) | |
|     aka Peter Brown, ) | |
|     aka Harold Whiteker, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the plea agreement between the United States and defendant Roland Adams, the stipulation for entry of a preliminary order of forfeiture re: certain personal properties filed on September 23, 2003, and this Court's ruling on May 16, 2007, that $111,962.76 of the real property located at 9501 Misty River Way, Elk Grove, California, APN: 127-0540-109, was directly traceable to fraud proceeds.  It is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 982, the following properties shall be condemned and forfeited to the United States of America, to be disposed of according to law:

1

      a.    Real property located in Sacramento County, California, at 9501 Misty River Way, Elk Grove, California, 95624, described as Lot 68 on the Vesting Map of Tributary Pointe Unit A, Village 6B recorded July 10, 2000, in Book 273 of Maps, Map. No. 10, records of Sacramento County, assessor's parcel number 127-0540-109.

      b.    Approximately $23,372.50 in U.S. Currency seized from U.S. Bank account number 1 534 9019 2959, in the name of Roland Adams and/or Adams Business Services.

      c.    Approximately $31,907.44 in U.S. Currency seized from Merrill Lynch account number 6FL22277, in the name of Roland Adams.

      d.    Approximately $13,848.27 in U.S. Currency seized from Merrill Lynch account number 6FL22302, in the name of Melanie Adams and Roland Adams.

      e.    Approximately $18,579.18 seized from Merrill Lynch account number 6FL22287, in the name of Nosakhare Adams and Roland Adams.

      f.    A Sony Vaio laptop computer, Model #PCG-9B3L, with hard drive, DVD-Rom, CD-RW, 3.5 inch floppy drive and all its components, serial no. 283471303217395.

      g.    The following Internet domain names:

           (i)     Afribankcorp.com
           (ii)    Bancofafrica.com
           (iii)   Bancofeasterncarribean.com

2.    That the above-listed property constitutes or is derived from gross proceeds traceable to the commission of a violation of 18 U.S.C. § 1956(h) and 18 U.S.C. § 371.

3.    The aforementioned forfeited property shall be seized and held by the U.S. Secret Service, in its secure custody and control.

4.    a.    Pursuant to 18 U.S.C. § 982 and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Daily Recorder</u> (Sacramento County), a

1 newspaper of general circulation located in the county in which the
2 above-described property was seized, notice of this Order, notice of
3 the Attorney General's (or a designee's) intent to dispose of the
4 property in such manner as the Attorney General may direct, and
5 notice that any person, other than the defendant, having or claiming
6 a legal interest in the above-listed property must file a petition
7 with the Court within thirty (30) days of the final publication of
8 the notice or of receipt of actual notice, whichever is earlier.

9       b. This notice shall state that the petition shall be for
10 a hearing to adjudicate the validity of the petitioner's alleged
11 interest in the property, shall be signed by the petitioner under
12 penalty of perjury, and shall set forth the nature and extent of the
13 petitioner's right, title or interest in the property and any
14 additional facts supporting the petitioner's claim and the relief
15 sought.

16       c. The United States may also, to the extent practicable,
17 provide direct written notice to any person known to have alleged an
18 interest in the property that is the subject of the *Amended* Order of
19 Forfeiture, as a substitute for published notice as to those persons
20 so notified. Pursuant to this Court's ruling on May 16, 2007,
21 resolution of the petitions for ancillary hearing, filed by third
22 parties World Savings Bank and Bodisere Okonma, are held in abeyance
23 pending the outcome of defendant's anticipated appeal of the amended
24 judgment in this case.
25 ///
26 ///
27 ///
28

5.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982 in which all interests will be addressed.

SO ORDERED this  4th   day of    June          , 2007.


                                     _____/s/_____
                                     EDWARD J. GARCIA
                                     United States District Judge

4