IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ROLAND ADAMS,

        Defendant.
_____/

CR. 02-0257 EJG

ORDER DENYING MOTION TO
DISMISS COUNTS NINE & TEN,
MOTION FOR NEW TRIAL, AND
MOTION FOR RETURN OF 529 FUNDS

      Defendant, a federal prisoner proceeding pro se, has filed various motions relating to his convictions and sentence in Cr. No. S-02-0257 (the fraud case) and Cr. No. S-02-0560 (the immigration case). This order addresses three motions pending in the fraud case: 1) motion to dismiss Counts Nine and Ten; 2) motion for a new trial on Counts Nine and Ten; and 3) motion for the return of 529 funds.

    This case has a lengthy procedural history, recitation of which is not necessary to resolution of these motions. Suffice it to say that in 2006 while defendant's initial appeal of his convictions was pending, he filed numerous post-conviction

1

motions which the court held in abeyance pending resolution of the appeal.  Following appellate remand, a series of status conferences and a hearing were held.  These culminated in the entry of an amended judgment in the fraud case on July 20, 2007 (imposing the same sentence with a modified forfeiture order) and issuance of a briefing schedule for all of defendant's pending motions. Defendant has filed an appeal from the amended judgment.

## DISCUSSION

The three motions at issue in this order relate to Counts Nine and Ten of Cr. No. S-02-0257, the fraud case.  Since this portion of the case is currently on appeal, the district court lacks jurisdiction to proceed with the motions.  The filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Discount Company, 459 U.S. 56, 58 (1982).  In addition, a number of the issues raised in the motions have been mooted by the entry of the modified forfeiture order.  Due to lack of jurisdiction and mootness, the motions to dismiss Counts Nine and Ten, for a new trial on Counts Nine and Ten, and for return of 529 funds are DENIED.

IT IS SO ORDERED.  Dated: January 11, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT

2