IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                           CR. NO. 02-0257 EJG

ROLAND ADAMS,             ORDER DENYING MOTION FOR
                                      RETURN OF PROPERTY
        Defendant.
_____/

    Defendant, a federal prisoner proceeding pro se, has filed a motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g). This case is presently on appeal from an amended judgment entered by the court July 20, 2007. While the case remains pending, it is not practical for the court to order the return of property that may be used as evidence at a future date. Accordingly, the motion is DENIED.

    IT IS SO ORDERED.

Dated: March 5, 2008

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA, JUDGE
                                        UNITED STATES DISTRICT COURT