IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ROLAND ADAMS,

        Defendant.
_____/

CR. NO. S-02-0257 EJG
CIV. NO. S-10-0841 EJG

<u>ORDER DIRECTING UNITED STATES TO FILE RESPONSE</u>

    Defendant, a federal prisoner proceeding <u>pro se</u>, has filed several documents in the above-captioned cases in recent weeks: 1) a petition to vacate restitution and forfeiture orders; 2) a petition for stay of the forfeiture order; and 3) a motion to vacate, set aside or correct sentence.  The United States is directed to file responses to the petitions and motion within two weeks (14 days) from the filing date of this order.  Defendant may file a reply within 14 days after receipt of the government's response.  The matter will stand submitted upon receipt of the defendant's reply.

    IT IS SO ORDERED.

Dated: April 28, 2010

                                    /s/Edward J. Garcia
_____  EDWARD J. GARCIA, JUDGE
                                    UNITED STATES DISTRICT COURT