UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROLAND ADAMS,<br><br>        Defendant. | No. 2:02-cr-00257 WBS<br><br><br>ORDER |

----oo0oo----

      Defendant Roland Adams' Request to Proceed on Appeal Without Payment of Fees or Cost (Docket No. 391) filed September 21, 2020 is hereby GRANTED.  Defendant may proceed in forma pauperis on his appeal of the court's September 14, 2020 Order.

      IT IS SO ORDERED.

Dated:  September 23, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1